| Fill in this information to identify the case: | |
|---|---|
| Debtor Name: | COMPANDSAVE.COM, INC. |
| United States Bankruptcy Court for the Northern District of California | |
| Case Number: | 26-40418 WJL |

☐ Check if this is an amended filing

Northern District of California

# Plan of Reorganization for Small Business Debtor Under Chapter 11, Subchapter V

## COMPANDSAVE.COM, INC.'s Plan of Reorganization, Dated June 1, 2026

## Background for Cases Filed Under Subchapter V

### A. Description and History of the Debtor's Business

The Debtor is a corporation. Since 2013, the Debtor has been in the business of reselling printer ink cartridges. The Debtor's original location became too large and too expensive, so the Debtor moved to smaller location. It ran into financial difficulties when the former landlord demanded full payment of the balance due under the lease. The Debtor filed this case to limit the amount of damages it had to pay under the former lease, and to allow it to put it's past debts behind it and to move forward. The Debtor's current income is sufficient to pay its current expenses, but does not allow it to pay in full all pre-petition creditors.

### B. Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such creditors and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to the Plan as Exhibit A.

The Debtor's liquidation analysis shows that unsecured creditors would receive $ 0.00 if the assets were liquidated in Chapter 7.

### C. Ability to Make Future Plan Payments and Operate Without Further Reorganization

The Debtor must also show that it will have enough cash to make the required Plan payments and operate the debtor's business, if contemplated by the Plan.

The Debtor has provided projected financial information / feasibility analysis as Exhibit B. Debtor's projected effective date feasibility analysis is set forth in Exhibit C.

The Debtor's financial projections show that the Debtor will have projected disposable income (as defined by § 1191(d) of the Code) for the period described in § 1191(c)(2) of the Code (3 to 5 years) of $206,458.35.

The final Plan payment is expected to be paid on January 31, 2031, which is anticipated to be 60 months after the effective date.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.**

## Article 1: Summary

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of [insert the name of the Debtor] (the "Debtor") from [Specify sources of payment, such as an infusion of capital, loan proceeds, sale of assets, cash flow from operations, or future income].

| This Plan provides for: | | |
|---|---|---|
| | 1 | classes of priority claims; |
| | 1 | classes of secured claims; |
| | 2 | classes of non-priority unsecured claims; and |
| | 1 | classes of equity security holders. |

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan [choose one] has valued at approximately _18_ cents on the dollar, consistent with the liquidation analysis in Exhibit A and projected disposable income in Exhibit B. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## Article 2: Classification of Claims and Interests

2.01 **Class 1** ......................... All allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2) of the Code, and priority tax claims under § 507(a)(8) of the Code).

2.02 **Class 2** ......................... The claim of CHTD, in the amount of $80,000, to the extent allowed as a secured claim under § 506 of the Code.

2.03 **Class 3** ......................... All non-priority unsecured claims allowed under § 502 of the Code.

2.04 **Class 4** ......................... Equity interests of the Debtor.

## Article 3: Treatment of Administrative Expense Claims, and Priority Tax Claims

3.01 **Unclassified claims** — Under § 1123(a)(1) of the Code, administrative expense claims, and priority tax claims are not classified.

3.02 **Administrative expense claims** — List each holder of an administrative expense claim allowed under § 503 of the Code that will be paid on the later of (1) the Effective Date, or (2) the entry of an Order approving the allowance and payment of the claim:

Ruth Auerbach, Debtor's attorney
Gina Klump, SubV Trustee

3.03 **Priority tax claims** — List each holder of a priority tax claim that will be paid:

Internal Revenue Service - $4,559.32 to be paid on Effective Date

Mass Dept of Revenue – the Debtor has not done any business in Massachusetts and will object to the Claim. If the claim is allowed, the Debtor will pay the claim in full on the later of the Effective Date or entry of the Order allowing the claim.

## Article 4: Treatment of Claims and Interests Under the Plan

4.01 **Claims and interests shall be treated as follows under this Plan:**

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 – Priority claims excluding those in Article 3 | ☐ Impaired<br>☐ Unimpaired | N/A |
| Class 2 – **Secured claim** of CHTD (WebBank) | Unimpaired | The Debtor will continue to make payments according to contract terms. |
| Class 3A – **Non-priority unsecured Small Claims** | Unimpaired | .Chase Bank - $1,154.92 – will be paid in full on Effective date |
| Class 3B – **Non-priority General Unsecured** | Impaired | Creditors will receive a pro-rata distribution of $10,322.92 per quarter for beginning 30 days after the end of the first quarter after the Effective Date and continuing for approximately 20 quarters. See attached schedule |
| Class 4 – **Equity Security Holders** | Unimpaired | Tak Shing Yeung will retain his ownership interest in the Debtor and will receive his monthly salary. He will not receive any other distributions unless or until all Plan Payments have been completed. |

## Article 5: Allowance and Disallowance of Claims

5.01 **Disputed claim**

A *disputed claim* is a claim that has not been allowed or disallowed [by a final non- appealable order], and as to which either:

(i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or

**TREATMENT OF GENERAL UNSECURED CLAIMS**

| Name of Creditor | Amount of Claim | Disputed Y/N | Amount to be Paid | Quarterly Payment |
|---|---|---|---|---|
| Google | $254,312.79 | N | $45,776.30 | $2,288.82 |
| CAB/Speed Shanghai | 97,829.78 | N | 17,609.36 | 880.46 |
| Capital One | 40,720.30 | N | 7,329.65 | 366.48 |
| CAB/Zhu Hai Nat'l Res. | 344,429.65 | N | 61,997.34 | 3,099.87 |
| USA Debt/Aster | 56,376.82 | N | 11,275.36 | 563.77 |
| Cheg Trust | 305,633.10 | N | 55,013.96 | 2,750.70 |
| CHTD | 20,000.00* | N | 3,600.00 | 180.00 |
| Carlos Guzman | 7,500.00* | N | 1,350.00 | 67.50 |
| Ultimo Soft | 10,928.20* | N | 1,967.08 | 98.35 |
| TOTAL | 1,137,730.64 | | 205,919.05 | 10,295.95 |

*These creditors have not filed claims. Claim amount is what is in Debtor's records, as reflected in Schedule E/F filed herein on March 29, 2026.

(ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

As set forth above, the Debtor disputes the claim of the Massachusetts Department of Revenue who has filed a claim in the amount of $3,513.17

5.02 **Disputed claim reserve**

Debtor will create a reserve for disputed claims. Each time Debtor makes a distribution to the holders of allowed claims, Debtor will place into a reserve the amount that would have been distributed to the holders of disputed claims if such claims had been allowed in the full amount claimed. If a disputed claim becomes an allowed claim, Debtor shall immediately distribute to the claimant from the reserve an amount equal to all distributions due to date under the plan calculated using the amount of the allowed claim. Any funds no longer needed in reserve shall distributed *pro-rata* among allowed claims in this class.

5.03 **Delay of distribution on a disputed claim**

No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.04 **Settlement of disputed claims**

The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Federal Rule of Bankruptcy Procedure 9019.

## Article 6: Provisions for Executory Contracts and Unexpired Leases

6.01 **Assumed executory contracts and unexpired leases**

The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date:

[List assumed or, if applicable, assigned executory contracts and unexpired leases along with the estimated amount to cure any default as required by section 365(b)(1)(A) of the Code.]

| Counter Party | Description | Estimated Cure Amount | Installment Amount | Number of Installments |
|---|---|---|---|---|
| Terreno Foley LLC | Lease of Current Business Premises | $0.00 | $ | |
| | | | | |

6.02 **Rejected executory contracts and unexpired leases**

(a) The Debtor rejects the following executory contracts and unexpired leases as of the effective date:

| Counter Party | Description | Estimated Unsecured Claim |
|---|---|---|
| CHEG Trust (lease previously rejected) | Lease of Former Bus. Premises | $305,633.10 |
| | | $ |

(b) The Debtor shall be deemed to reject all executory contracts and unexpired leases that are not specifically assumed in section 6.01(a) of this Plan.

A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than be 30 days or after the date of the order confirming this Plan.

## Article 7: Means for Implementation of the Plan

The Debtor will accumulate the net income after payment of business expenses as described in the attached projections, and distribute a pro-rata share of $10,332.92 on a quarterly basis as described in the attached schedule, beginning the end of the month following the first quarter after the Effective Date and continuing for 14 quarters until the creditors have received a total of not less than $205,919.05, which the Debtor estimates to be 18% of the allowed amount of their claim.

## Article 8: General Provisions

8.01 **Definitions and rules of construction**

The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:

8.02 **Effective date**

The effective date of this Plan is the first business day following the date that is 14 days after the entry of the final confirmation order, except that the requirement of finality may be waived by the Debtor. If a stay of the confirmation order is in effect on that date, the Debtor may elect to treat the effective date as the first business day after the date on which the stay expires or is otherwise terminated.

8.03 **Vesting at Confirmation**

Property of the estate shall:

.

xx not revest in the Debtor at confirmation, but shall be delayed and thereafter vest in the Debtor at the earlier of: (a) completion of all payments due under the Plan; (b) dismissal; (c) discharge; or (d) closing of the case.

Where plan confirmation is nonconsensual under § 1191(b), upon conversion of the case to Ch. 7, the property of the reorganized debtor, or of any liquidating or litigation trust, or of any other successor to the bankruptcy estate under the confirmed plan, that has not been distributed under the plan, will be vested in the Ch. 7 estate.

8.04 **Plan Disbursements**

After confirmation, all payments due to creditors under the Plan shall be disbursed by the: [select one]

xx Debtor.

☐ Subchapter V Trustee.

☐ [describe]:

| | | |
|---|---|---|
| | | Notwithstanding § 1194(b) of the Code, and unless otherwise ordered by the Court, Debtor shall be authorized to make all payments due to creditors under the Plan if such election is made in this section of the Plan.<br><br>If required to make distributions to creditors under the Plan or perform any post-confirmation services, the Subchapter V Trustee shall be entitled to compensation consistent with the hourly rate set forth in the *Verified Statement of Subchapter V Trustee* filed in the Case and reimbursement for all actual and necessary expenses incurred. Post-confirmation compensation due and payable to the Subchapter V Trustee may reduce payments to general unsecured creditors. |
| 8.05 | **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.06 | **Binding effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |
| 8.07 | **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
| 8.08 | **Controlling effect** | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of California govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.] |
| 8.9 | **Corporate governance** | Confirmation of the Plan shall be deemed to prohibit the issuance by the Reorganized Debtor of nonvoting securities to the extent required under § 1123(a)(6) of the Code. [Include for corporate debtors only] |
| 8.10 | **Payments** | All payments to be made under the Plan for professional services, costs, or expenses in connection with the case or the Plan as required by §§ 330 and 331 of the Code shall be subject to the approval of the court. |
| 8.11 | **Officers and Directors** | The officers and directors of the Debtor shall remain in their roles post-confirmation. |
| 8.12 | **Insider Retention** | The insiders who were employed or retained by the Debtor shall remain in their roles post-confirmation, at the same or comparable compensation. |
| 8.13 | **Defaults and Remedies** | Failure to pay any amount due under this Plan within 20 days of the due date shall constitute a Default. Upon the occurrence of a Default, any affected creditor may serve a Notice of Default providing a 15-day cure period. Absent a cure within that period, the creditor may present a Motion seeking appropriate relief from the Court, which may but need not include conversion of the case to one under Chapter 7 of the Code. |
| 8.14 | **Retention of Jurisdiction** | The Court may exercise jurisdiction over proceedings concerning: (a) whether Debtor is in Material Default of any Plan obligation; (b) whether the time for performing any Plan obligation should be extended; (c) adversary proceedings and contested matters pending as of the Effective Date or specifically contemplated in this Plan to be filed in this Court; (d) whether the case should be dismissed or converted to one under Chapter 7; (e) any |

| | | |
|---|---|---|
| | | objections to claims; (f) compromises of controversies under Federal Rule of Bankruptcy Procedure 9019; (g) compensation of professionals; and (h) other questions regarding the interpretation and enforcement of the Plan. |
| 8.15 | **Deadline for Election Under 11 U.S.C. § 1111(b)** | Any creditor that wishes to make an election under § 1111(b)(2) of the Code shall do so no later than 10 days following the filing of the Plan. |

## Article 9: Discharge

xx Debtor is entitled to a discharge pursuant to § 1141(d)(3) of the Code.

Xx **Discharge if the Debtor is a corporate entity under Subchapter V**
If the Debtor's Plan is confirmed under § 1191(a) of the Code, on the effective date of the Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt to the extent provided in § 1141(d)(6) of the Code.

If the Debtor's Plan is confirmed under § 1191(b) of the Code, confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the Plan's term, which could range from 3-5 years, pursuant to § 1191(c)(2) of the Code, or as otherwise provided in § 1192 of the Code. The Debtor will not be discharged from any debt on which the last payment is due after the conclusion of the Plan's term, which could range from 3-5 years pursuant to § 1191(c)(2) of the Code, or as otherwise provided in § 1192 of the Code.

## Article 10: Other Provisions

n/a

Respectfully submitted,
COMPANDSAVE.COM, INC.

[signature] TAK SHING YEUNG

TAK SHING YEUNG, President

[Signature of the Co-Debtor] [Printed Name]

Ruth Auerbach RUTH ELIN AUERBACH

[Signature of the Attorney for the Debtor] [Printed Name]

## Article 11: Attorney Certification

I am legal counsel for the Debtor in the above-captioned case and hereby certify that the foregoing plan is a true and correct copy of the *Plan of Reorganization for Small Business Debtor Under Chapter 11, Subchapter V* promulgated by the Northern District of California in February 2026 (the "Standard-Form Plan") and

☒ Below are all alterations or modifications made to any provision of the Standard-Form Plan:

Deleted provisions not relative to this debtor (when options are provided, deleted non-applicable options); Debtor's Projections of Income and Expenses are attached in place of completing language in Exhibit B of form plan.

I declare that the foregoing is true and correct. Executed this 1st day of June, 2026

| | |
|---|---|
| /S/ Ruth Elin Auerbach | RUTH ELIN AUERBACH |
| [Signature of the Attorney for the Debtor] | [Printed Name] |

## Exhibit A: Liquidation Analysis

**Real Property [Insert Address] N/A**

| Fair Market Value | Liens | | Cost of Sale | Resulting Income Tax | Exemption | Net Proceeds |
|---|---|---|---|---|---|---|
| $ | 1st | $ | $ | $ | $ | $ |
| | 2nd | $ | | | | |
| | 3rd | $ | | | | |

[Insert additional tables for each parcel of real property]

**Personal Property** [Business cases only]

| Description | Value (Per Operating Reports) | Recognizable Value |
|---|---|---|
| Cash | $15,000.00 | $15,000.00 |
| Accounts Receivables | $0.00 | $0.00 |
| Notes Receivables | $0.00 | $0.00 |
| Inventory | $60,000.00 | $60,000.00 |
| Work in Progress | $0.00 | $0.00 |
| Equipment | $5,000.00 | $5,000.00 |
| Leasehold Improvements | $0.00 | $0.00 |
| Furniture and Office Equipment | $5,000.00 | $5,000.00 |
| Other Personal Property | $0.00 | $0.00 |
| Secured Debt (UCC Filings) | $100,000.00 | $(100,000.00) |
| **Net Personal Property** | | **$0.00** |

| | | |
|---|---|---|
| Net Proceeds of Real Property and Personal Property | | $0.00 |
| Recovery from Preferences and Fraudulent Conveyances | [ADD] | $0.00 |
| Chapter 7 Administrative Claims | [SUBTRACT] | $0.00 |
| Chapter 11 Administrative Claims (est.) | [SUBTRACT] | $30,000.00 |
| Priority Claims | [SUBTRACT] | $6,500.00 |
| Chapter 7 Trustee Fees (11 U.S.C. § 326) | [SUBTRACT] | $0.00 |
| Chapter 7 Trustee's Professionals | [SUBTRACT] | $5,000.00 |
| **Net Funds Available for Distribution to Unsecured Creditors** | | **$0.00** |

| | |
|---|---|
| Estimated Amount of Unsecured Claims | $1,138,000.00 |
| Percent Distribution to Unsecured Creditors Under Plan | 18% |
| Percent Distribution to Unsecured Creditors Under Liquidation Analysis | 0.00% |

## Exhibit B: Disposable Income Analysis

**SEE ATTACHED PROJECTIONS FOR INCOME AND EXPENSES**

**Average Quarterly Net Disposable Income** **$10,322.92**

| Plan Payments | | Amount |
|---|---|---|
| Class 1 | | $0.00 |
| Class 2 | | $0.00* |
| Class 3 | | $10,322.92 |
| Class 4 | | $0.00 |
| Priority Claims | | $0.00 |
| Subchapter V Trustee Fees | | $0.00 |
| Administrative Claims (Pre-Confirmation) | | $0.00 |
| Administrative Claims (Post-Confirmation) | | $0.00 |
| Other [Describe]: | | $ |
| **C. Total Monthly Plan Payments** | | **$10,322.92** |

| | | |
|---|---|---|
| **D. Net Operating Income** | [Line A – Line B – Line C] | **$0.00** |

| Available Operating Capital | | Amount |
|---|---|---|
| Cash Balance at Beginning of Month | | **$15,000.00** |
| Net Operating Income (or Loss) | [Line D] | **$0.00** |
| **E. Cash Balance at End of Month** | | **$15,000.00** |

| | |
|---|---|
| **F. Projected Disposable Income for _5__ Year Plan Term** | **$206,458.35** |

## Exhibit C: Effective Date Feasibility Analysis

| Cash on Effective Date | | Amount |
|---|---|---|
| Cash in all Debtor in Possession (DIP) Accounts | [Balance as of Plan Filing] | $25,000.00 |
| Anticipated Cash Increase or Decrease | [From Plan Filing to Effective Date] | $0.00 |
| **A. Total Cash on Effective Date** | | **$25,000.00** |

| Payments on Effective Date | Amount |
|---|---|
| Class 1 | $0.00 |
| Class 2 | $0.00 |

**EXHIBIT B**

## PROJECTED POST-PETITION CASH RECEIPTS AND CASH DISBURSEMENTS

*COMPANDSAVE.COM INC. | Monthly May 2026 - December 2027; Annual 2028 - 2030 | (first month = Month of Filing)*

**Case Name: COMPANDSAVE.COM INC.** **Case No.: ________________**

| | 2026 (Monthly) | | | | | |
|---|---|---|---|---|---|---|
| | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 |
| **BEGINNING CASH BALANCE** | **20,715.44** | **19,455.67** | **18,195.90** | **16,936.13** | **20,101.85** | **22,529.94** |
| **Cash Receipts:** | | | | | | |
| Cash sales (ordinary course) | 201,056.95 | 201,056.95 | 201,056.95 | 223,396.61 | 223,396.61 | 223,396.61 |
| Rents/Leases Collected | - | - | - | - | - | - |
| Accounts Receivable Collected | - | - | - | - | - | - |
| Proceeds from Sale of Asset(s) | - | - | - | - | - | - |
| Borrowings | - | - | - | - | - | - |
| Other income (cashback / misc.) | - | - | - | - | - | - |
| Other (specify): __________ | - | - | - | - | - | - |
| Other (specify): __________ | - | - | - | - | - | - |
| **Total Cash Receipts** | **201,056.95** | **201,056.95** | **201,056.95** | **223,396.61** | **223,396.61** | **223,396.61** |
| **Cash Disbursements:** | | | | | | |
| Payments to Vendors | 99,322.13 | 99,322.13 | 99,322.13 | 110,357.93 | 110,357.93 | 110,357.93 |
| Administrative Expenses | 28,237.45 | 28,237.45 | 28,237.45 | 28,898.70 | 28,898.70 | 28,898.70 |
| Payments on Secured Debt | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 |
| Rent/Lease Payments | 6,839.00 | 6,839.00 | 6,839.00 | 6,839.00 | 7,576.64 | 7,576.64 |
| Pmts to Owner(s)/Officers/Insiders | - | - | - | - | - | - |
| Salaries/Commissions | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 |
| **Tax Pmts:** | | | | | | |
| Payroll Taxes - Employee | - | - | - | - | - | - |
| Payroll Taxes - Employer | 487.71 | 487.71 | 487.71 | 487.71 | 487.71 | 487.71 |
| Sales Taxes | - | - | - | - | - | - |
| Real Property Taxes | - | - | - | - | - | - |
| Other Taxes | - | - | - | - | - | - |
| Payments to Professionals | - | - | - | - | - | - |
| Pmt of United States Trustee Fees | - | - | - | - | - | - |
| Advertising & Marketing | 27,424.17 | 27,424.17 | 27,424.17 | 30,471.30 | 30,471.30 | 30,471.30 |

## EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound Shipping & Freight | 28,529.98 | 28,529.98 | 28,529.98 | 31,699.98 | 31,699.98 | 31,699.98 |
| TaxJar software (Nov sub / Dec AutoFile) | - | - | - | - | - | - |
| **Total Cash Disbursements** | **202,316.72** | **202,316.72** | **202,316.72** | **220,230.89** | **220,968.53** | **220,968.53** |
| **Net Increase/(Decrease) in Cash** | **(1,259.77)** | **(1,259.77)** | **(1,259.77)** | **3,165.72** | **2,428.08** | **2,428.08** |
| **ENDING CASH BALANCE** | **19,455.67** | **18,195.90** | **16,936.13** | **20,101.85** | **22,529.94** | **24,958.02** |

**EXHIBIT B**

| | | | | | | | | 2027 (Monthly) |
|---|---|---|---|---|---|---|---|---|
| **Nov-26** | **Dec-26** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Jul-27** |
| **24,958.02** | **7,387.10** | **(2,184.81)** | **5,988.47** | **14,161.75** | **19,539.93** | **23,066.45** | **21,946.20** | **20,825.96** |
| | | | | | | | | |
| 223,396.61 | 223,396.61 | 258,023.08 | 258,023.08 | 258,023.08 | 234,566.44 | 211,109.80 | 211,109.80 | 211,109.80 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| **223,396.61** | **223,396.61** | **258,023.08** | **258,023.08** | **258,023.08** | **234,566.44** | **211,109.80** | **211,109.80** | **211,109.80** |
| | | | | | | | | |
| 110,357.93 | 110,357.93 | 127,463.40 | 127,463.40 | 127,463.40 | 115,875.82 | 104,288.24 | 104,288.24 | 104,288.24 |
| 28,898.70 | 28,898.70 | 31,037.95 | 31,037.95 | 31,037.95 | 30,343.63 | 29,649.32 | 29,649.32 | 29,649.32 |
| 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 |
| 7,576.64 | 7,576.64 | 7,576.64 | 7,576.64 | 7,576.64 | 7,576.64 | 7,576.64 | 7,576.64 | 7,576.64 |
| - | - | - | - | - | - | - | - | - |
| 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 |
| | | | | | | | | |
| - | - | - | - | - | - | - | - | - |
| 487.71 | 487.71 | 487.71 | 487.71 | 487.71 | 487.71 | 487.71 | 487.71 | 487.71 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | 2,795.10 | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 30,471.30 | 30,471.30 | 35,194.35 | 35,194.35 | 35,194.35 | 31,994.86 | 28,795.38 | 28,795.38 | 28,795.38 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31,699.98 | 31,699.98 | 36,613.48 | 36,613.48 | 36,613.48 | 33,284.98 | 29,956.48 | 29,956.48 | 29,956.48 |
| 19,999.00 | 12,000.00 | - | - | - | - | - | - | - |
| **240,967.53** | **232,968.53** | **249,849.80** | **249,849.80** | **252,644.90** | **231,039.92** | **212,230.04** | **212,230.04** | **212,230.04** |
| **(17,570.92)** | **(9,571.92)** | **8,173.28** | **8,173.28** | **5,378.18** | **3,526.52** | **(1,120.24)** | **(1,120.24)** | **(1,120.24)** |
| **7,387.10** | **(2,184.81)** | **5,988.47** | **14,161.75** | **19,539.93** | **23,066.45** | **21,946.20** | **20,825.96** | **19,705.72** |

**EXHIBIT B**

| | | | | | Annual | | |
|---|---|---|---|---|---|---|---|
| **Aug-27** | **Sep-27** | **Oct-27** | **Nov-27** | **Dec-27** | **FY2028** | **FY2029** | **FY2030** |
| **19,705.72** | **23,232.24** | **25,941.98** | **28,651.73** | **11,362.48** | **2,072.23** | **63,954.66** | **133,887.64** |
| | | | | | | | |
| 234,566.44 | 234,566.44 | 234,566.44 | 234,566.44 | 234,566.44 | 2,955,537.15 | 3,103,314.01 | 3,258,479.71 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| **234,566.44** | **234,566.44** | **234,566.44** | **234,566.44** | **234,566.44** | **2,955,537.15** | **3,103,314.01** | **3,258,479.71** |
| | | | | | | | |
| 115,875.82 | 115,875.82 | 115,875.82 | 115,875.82 | 115,875.82 | 1,460,035.35 | 1,533,037.12 | 1,609,688.98 |
| 30,343.63 | 30,343.63 | 30,343.63 | 30,343.63 | 30,343.63 | 382,329.80 | 401,446.29 | 421,518.60 |
| 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | 4,916.28 | - | - |
| 7,576.64 | 8,393.41 | 8,393.41 | 8,393.41 | 8,393.41 | 104,340.92 | 115,592.21 | 128,059.33 |
| - | - | - | - | - | - | - | - |
| 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 6,560.00 | 78,720.00 | 78,720.00 | 78,720.00 |
| | | | | | | | |
| - | - | - | - | - | - | - | - |
| 487.71 | 487.71 | 487.71 | 487.71 | 487.71 | 5,852.52 | 5,852.52 | 5,852.52 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | 2,934.86 | 3,081.60 | 3,235.68 |
| - | - | - | - | - | - | - | - |
| 31,994.86 | 31,994.86 | 31,994.86 | 31,994.86 | 31,994.86 | 403,135.27 | 423,292.03 | 444,456.63 |

**EXHIBIT B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33,284.98 | 33,284.98 | 33,284.98 | 33,284.98 | 33,284.98 | 419,390.72 | 440,360.26 | 462,378.27 |
| - | - | - | 19,999.00 | 12,000.00 | 31,999.00 | 31,999.00 | 31,999.00 |
| **231,039.92** | **231,856.69** | **231,856.69** | **251,855.69** | **243,856.69** | **2,893,654.72** | **3,033,381.02** | **3,185,909.01** |
| **3,526.52** | **2,709.75** | **2,709.75** | **(17,289.25)** | **(9,290.25)** | **61,882.43** | **69,932.99** | **72,570.70** |
| **23,232.24** | **25,941.98** | **28,651.73** | **11,362.48** | **2,072.23** | **63,954.66** | **133,887.64** | **206,458.35** |

**EXHIBIT B**

## PROJECTION ASSUMPTIONS - COMPANDSAVE.COM INC.

*Edit the yellow input cells. The Projection sheet recalculates automatically.*

| | |
|---|---|
| **Timing & Opening Cash** | |
| First projection month (Month of Filing) | May 2026 |
| Beginning cash balance (start of first month) | 20,715.44 |
| **Sales Drivers** | |
| Normal-month sales baseline (avg of Mar+Apr 2026 actuals) | 223,396.61 |
| Peak-season multiplier (Jan / Feb / Mar) | 1.100 |
| Slow-season multiplier (May / Jun / Jul) | 0.900 |
| Normal-month multiplier (Apr, Aug-Dec) | 1.000 |
| Annual sales growth YoY (price increases passed to customers) | 5.00% |
| **Inflation** | |
| Annual inflation on fixed overhead (variable costs track sales) | 5.00% |
| **Variable Costs (% of sales - flex with sales)** | |
| Payments to Vendors - inventory/COGS | 49.40% |
| Outbound Shipping & Freight (USPS/FedEx) | 14.19% |
| Advertising & Marketing (Google/Microsoft/affiliates) | 13.64% |
| Merchant & Bank fees | 1.99% |
| Shipping supplies | 0.97% |
| **Fixed Costs ($ per month, base year)** | |
| Salaries / Wages (gross) - HELD FLAT, no annual increase | 6,560.00 |
| Payroll Taxes - Employee | - |
| Payroll Taxes - Employer - HELD FLAT (tracks flat wages) | 487.71 |
| Independent Contractors | 12,301.42 |
| Dues & Subscriptions | 4,823.73 |
| Insurance - Group | - |
| Health Insurance (company contribution) - ended 5/1/2026 | - |
| Utilities | 1,081.61 |
| Warehouse & Office | 3,523.61 |
| Other General & Admin | 555.79 |
| Pmts to Owner(s)/Officers/Insiders (owner pay is in Salaries) | - |
| U.S. Trustee fees (none - per counsel) | - |
| Sales Taxes (net of amount already in receipts) | - |
| Real Property Taxes | - |
| Other Taxes | - |
| **Other Income** | |
| Other income / cashback per month (removed - no credit card) | - |
| **Rent (base + NNN; own escalation, excluded from inflation)** | |
| Base rent - through Aug 2026 | 4,836.15 |
| Base rent - from Sep 2026 (lease year 2) | 5,373.50 |
| Base rent escalation - each Sep from 9/2027 | 11.10% |
| NNN (triple-net) - through Aug 2026 | 2,002.85 |
| NNN escalation - each Sep from 9/2026 | 10.00% |

**EXHIBIT B**

| Secured Debt - term loan (excluded from inflation) | |
|---|---|
| Monthly payment, principal + interest | 4,916.28 |
| Final payment month (loan then paid off) | Jan 2028 |
| **Annual / Periodic Fees (lumpy - paid one month/yr)** | |
| CPA fee - annual, paid each March (2025 return = $2,662) | 2,662.00 |
| TaxJar subscription - annual, paid each NOVEMBER (flat, no increase) | 19,999.00 |
| TaxJar AutoFile bundle - annual, paid each DECEMBER (flat, no increase) | 12,000.00 |

## METHODOLOGY & NOTES

** Baseline = average of the March 2026 and April 2026 actual P&L. A 'normal' month reproduces that two-month average, tying the pro*

** Seasonality (your guidance): Jan-Mar peak (+10%), May-Jul slow (-10%), other months normal. Variation +/-10%.*

** Prices track costs: sales grow 5%/yr (price pass-through). VARIABLE costs - COGS 49.4%, outbound shipping 14.19%, advertising 13.64*

** SALARIES/WAGES (includes the owner's pay + one warehouse worker) and the employer payroll tax are HELD FLAT across all 5 years (r*

** RENT = base rent + NNN. Through Aug 2026: $4,836.15 base + $2,002.85 NNN = $6,839/mo. Base steps to $5,373.50 at Sep 2026, then*

** Secured term loan: $4,916.28/mo (principal+interest) through the 1/21/2028 payoff, then $0. (16.42% APR; balance $85,420.14 as of .*

** TaxJar sales-tax software, shown on the 'Other' disbursement line, paid as two annual lumps with NO price increase: $19,999 subscrip*

** Professional fees = CPA only, $2,662 once a year in March.*

**EXHIBIT B**

*jection to actual results.*

*%, merchant fees 1.99%, shipping supplies*
*no annual increase), pending whether pay*
*11.1% each September from 9/2027 (ass*
*5/21/2026.) Pre-petition secured debt is o*
*tion each NOVEMBER + $12,000 AutoFile*

**EXHIBIT B**

*s 0.97% - held at a constant % of sales, so they flex with seasonality and rise with sales. FIXED overhead inflates 5%/yr. (2026 = base year.)*

*' raises require court approval. Owner pay is inside Salaries, so the Owners/Officers/Insiders line is $0 to avoid double-counting.*

*sumed lease renewal); NNN escalates 10% each September from 9/2026.*

*ften re-amortized/crammed down under a Ch.11 plan - if restructured this payment would change.*

*each DECEMBER ($31,999/yr total).*

| | |
|---|---|
| Class 3 | $0.00 |
| Class 4 | $0.00 |
| Priority Claims | $4,559.32 |
| Subchapter V Trustee Fees | $10,000.00 (est.) |
| Administrative Claims (Pre-Confirmation) | $0.00 |
| Administrative Claims (Post-Confirmation) | $0.00 |
| Other [Describe]: Small Unsecured Claims, Class 3A | $1,154.92 |
| **B. Total Payments on Effective Date** | **$15,714.24** |

| | | |
|---|---|---|
| **C. Net Cash on Effective Date**<br>(Plan not feasible if less than zero) | [Line A – Line B] | **$9,386.76** |