**Entered on Docket**
**September 3, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RUTH ELIN AUERBACH, SBN 104191
LAW OFFICE OF RUTH AUERBACH
236 West Portal Ave., #185
San Francisco, CA 94127
Tel: (415) 722-5596
Fax: (415) 349-4555
EMAIL; ruth.auerbach.esq@gmail.com

Attorney for Debtor

**The following constitutes the order of the Court.**
**Signed: September 3, 2026**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>COMPANDSAVE.COM, INC.,<br><br>Debtor. | Case No.: 26-40418 WJL<br>Chapter 11<br><br>Hearing Date: August 5, 2026<br>Time: 10:30 A.M. (Via Zoom)<br><br>Hon. William J. Lafferty |

**ORDER CONFIRMING DEBTOR'S PLAN UNDER CHAPTER 11 (SUBCHAPTER V) FILED JUNE 1, 2026**

This CASE CAME BEFORE THE Court on August 5, 2026 for a hearing to consider confirmation of COMPANDSAVE.COM, INC.'s Plan of Reorganization dated June 1, 2026 (Docket No. 28) (the "Plan"). All appearances were noted for the record.

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §§1129(b) and 1191 have been satisfied;

Based on the Court's findings of fact and conclusions of law as stated on the record during the confirmation hearing, the Court ORDERS as follows:

1. The Plan is hereby CONFIRMED pursuant to 11 U.S.C. §1191(b).
2. Plan payments shall be made as provided by §8.04 of the Plan.
3. As provided by §8.02 of the Plan, the Effective Date shall be August 24, 2026.

4. Consistent with 11 U.S.C. §1192, the Debtor is not entitled to a discharge until the Debtor has completed all payments due within the Plan's term. If and when issued, such discharge shall apply to all debts described in 11 U.S.C. §1141(d)(6).

5. As required by 11 U.S.C. §1183(c)(2), no later than 14 days after substantial consummation of the Plan, the Debtor shall file a notice of substantial consummation and shall serve such notice on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest. The Debtor shall promptly file a certificate of service demonstrating timely compliance with the service requirements of this paragraph.

6. The Court hereby reserves jurisdiction of the matters specified in §8.14 of the Plan.

**end of order**

Approved as to form:

__/s/ Gina R. Klump_____________
GINA R. KLUMP, SubChapter V Trustee

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE

By:_/s/ Deanna K. Hazelton___________
DEANNA K. HAZELTON, Trial Attorney


Case: 26-40418 Doc# 37 Filed: 09/03/26 Entered: 09/03/26 12:55:10 Page 2 of 3

<u>Court Service List</u>

N/A